IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| BEVERLY PARNELL | § | |
| v. | § | CIVIL ACTION NO. 9:07cv88 |
| COMMISSIONER, SOCIAL SECURITY | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Judith K. Guthrie. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition. No objections were filed. This Court finds that the Magistrate Judge's findings and conclusions are correct and adopts them as the Court's findings and conclusions.

Plaintiff prematurely filed a motion for attorney fees (dkt#14). The Court therefore

**ORDERS** that Plaintiff's motion for attorney fees (dkt#14) is **DENIED** as premature. Plaintiff may file a motion for attorney fees after a final judgment is issued.

The Court further

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **REVERSED** and **REMANDED**.

**SIGNED** this the 25 day of **November, 2008.**

_____
Thad Heartfield
United States District Judge